I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FAX DELIVERY ON PLAINTIFF/DEFENDANT (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT FAX NUMBER OF RECORD IN THIS ACTION ON THIS DATE.

DATE: 5-21-03

Roxanne Horan
DEPUTY CLERK

ORIGINAL

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **Misc. No. 03-00047-VBKx** Date: **May 21, 2003**

Title: **Benfield Greig Limited v. David Kirkpatrick**

===================================================================

**DOCKET ENTRY**

===================================================================

PRESENT:

**HON. VICTOR B. KENTON, UNITED STATES MAGISTRATE JUDGE**

Roxanne Horan — Deputy Clerk

n/a — Court Reporter

ENTERED ON ICMS
MAY 2 2 2003
CV

ATTORNEYS PRESENT FOR PLAINTIFFS:
None Present

ATTORNEYS PRESENT FOR DEFENDANTS:
None Present

**PROCEEDINGS: (IN CHAMBERS)**

**RE: APPLICATION OF BENFIELD GREIG LIMITED TO COMPEL THE TESTIMONY OF DAVID KIRKPATRICK PURSUANT TO 28 U.S.C. §1782**

On May 9, 2003, Benfield Greig Limited ("Applicant"), through its counsel, filed its application to compel the testimony of David Kirkpatrick pursuant to 28 U.S.C. §1782 ("Application"). On May 12, 2002, the Court issued a Minute Order, requiring the Applicant to serve Mr. Kirkpatrick with the Application, supporting documents, and the Minute Order itself. Mr. Kirkpatrick was permitted by the Minute Order to submit his opposition to the Application by May 16, 2003. Thereafter, on May 14, 2003, Applicant filed proof of service pursuant to the requirements of the Court's Minute Order. Mr. Kirkpatrick has not filed any opposition, or otherwise contacted the Court. Thus, the matter stands submitted and is ready for decision.

The Application is **HEREBY ORDERED GRANTED**. Mr. Kirkpatrick is **ORDERED** to appear at the offices of Applicant's United States attorneys, Sidley Austin Brown and Wood LLP, 555 West Fifth Street, Los Angeles, California 90013, on June 19, 2003, at 10:00 a.m., or at such other date and time as may be necessary on 48 hours notice, to give testimony in the case of National Bank of Canada and Royal and Sun Alliance PLC and Benfield Greig Limited, which is set to commence on June 3, 2003 in the Commercial Court, Queen's Bench Division of the High Court of Justice of England and Wales ("High Court"). Mr. Kirkpatrick's testimony will at that time and place be transmitted via satellite link to proceedings in the United Kingdom where he will

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No.: **CV 03-00047-VBKx** Date: **May 21, 2003**

Title: **Benfield Greig Limited v. David Kirkpatrick** **Page 2**

---

be subject to direct questioning and cross-examination by the parties to the actions and the High Court.

The said testimony may not exceed a total of seven hours in length, and two consecutive business days, unless otherwise ordered by this Court. Testimony shall be taken in accordance with the laws and rules prevailing in proceedings before the High Court.

If testimony is to be taken on a date other than June 19, 2003, notice shall be given to Mr. Kirkpatrick by personal service, or, if personal service cannot be accomplished, by facsimile. Testimony must be completed by June 30, 2003, unless otherwise ordered by the Court.

Counsel for Applicant shall serve this Order on Mr. Kirkpatrick by personal service within three business days of the date of this Minute Order. If personal service cannot be accomplished, service may be made by facsimile, and proof of service shall be filed with the Court.

**IT IS SO ORDERED.**



Initials of Deputy Clerk ____